1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JESSE VIZCAINO, JR.,

11          Plaintiff,                    No. CIV S-04-0665 GEB KJM PS

12      vs.

13   STANISLAUS COUNTY SUPERIOR
     COURT, et al.,
14
            Defendants.            <u>FINDINGS AND RECOMMENDATIONS</u>
15   _____/

16          By order filed December 27, 2004, plaintiff's amended complaint was dismissed

17   with leave to file a second amended complaint.  Since that time, plaintiff has been granted two

18   extensions of time in which to file a second amended complaint.  The time allowed to plaintiff

19   for filing an amended complaint has expired.  Plaintiff has not filed a second amended complaint.

20          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1    specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2    F.2d 1153 (9th Cir. 1991).

3    DATED:  May 10, 2005.

4

5    _____
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10   1
     vizc0665.fta

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26