IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE VIZCAINO, JR.,

       Plaintiff,                    No. CIV S-04-0665 GEB KJM PS

    vs.

STANISLAUS COUNTY SUPERIOR
COURT, et al.,

       Defendants.               <u>ORDER</u>
_____/

       Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On May 11, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C.

1

1  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
2  <u>de novo</u> review of this case.  Having carefully reviewed the
3  entire file, the court finds the findings and recommendations to
4  be supported by the record and by proper analysis.
5          Accordingly, IT IS HEREBY ORDERED that:
6          1.  The findings and recommendations filed May 11,
7  2005, are adopted in full; and
8          2.  This action is dismissed without prejudice.  <u>See</u>
9  Local Rule 11-110; Fed. R. Civ. P. 41(b).
10 Dated:  June 20, 2005

                                <u>/s/ Garland E. Burrell, Jr.</u>
                                GARLAND E. BURRELL, JR.
                                United States District Judge